# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Annette Miller, | Civil Action No. 5:18-cv-1800-RMG-KDW |
| Plaintiff, | |
| vs. | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

On June 29, 2018, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on October 30, 2018. ECF Nos. 8-9. Plaintiff's brief in support of her appeal was due by November 29, 2018, 2018. *See* Local Civ. Rule 83.VII.04 (D.S.C.); *see also* ECF No. 8. Plaintiff has sought and obtained two extensions of time, which made her brief due January 14, 2019. ECF Nos. 11-12, 14-15. To date, however, Plaintiff has not filed her brief, nor has counsel communicated further with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of his appeal no later than **January 31, 2019**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

January 17, 2019  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge